IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-214 |
| Plaintiff, | |
| v. | JUDGE ALGENON L. MARBLEY |
| ANTHONY MORGAN, | |
| Defendant. | |

## ORDER

This matter is before the Court on Defendant's Motion for Leave to Provide Information to Law Enforcement regarding a double homicide occurring in Columbus, Ohio. (Dkt. 104.) Defendant has indicated that he has sensitive information regarding the homicides in question, however, the conditions of his supervised release prohibit Defendant from entering into any agreement to act as an informer or a special agent of law enforcement without the permission of this Court. (Dkt. 63.)

The government has represented to the Court that it does not oppose the Defendant's motion. The probation office, similarly, does not oppose the Defendant sharing information, but requests that the scope of Defendant's leave to share information be limited to specific information about the double homicide.

Defendant's Motion is hereby **GRANTED**. Defendant shall be permitted to contact and share information with the Delaware County, Ohio Sheriff's Office, the Columbus Police Department, and any other law enforcement agency involved with the investigation of the double

homicide in question. Defendant's leave to provide assistance is limited to conveying his specific information regarding the double homicide.

**IT IS SO ORDERED.**

                                                 **s/Algenon L. Marbley**
                                                 Algenon L. Marbley
                                                 United States District Judge

**Dated: April 19, 2012**